# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  NICHOLAS C. BABBITT & SONYA T. BABBITT            Case Number: 06-72402
        804 AVE A.
        ROCK FALLS, IL  61071                              SSN-xxx-xx-4758 & xxx-xx-7798

                                                           Case filed on:    12/18/2006
                                                           Plan Confirmed on: 7/13/2007

                                    D Dismissed

Total funds received and disbursed pursuant to the plan: $19,539.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 2,000.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,000.00 | 0.00 |
| 013 | HR ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HR ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | NICHOLAS C. BABBITT | 0.00 | 0.00 | 972.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 972.00 | 0.00 |
| 001 | AMERICREDIT | 15,310.48 | 15,265.00 | 5,166.97 | 1,788.35 |
| 002 | AMERICA'S SERVICING COMPANY | 1,387.94 | 0.00 | 0.00 | 0.00 |
| 004 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 18,000.00 | 18,000.00 | 6,052.44 | 2,301.61 |
| 005 | OCWEN LOAN SERVICING LLC | 518.34 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 35,216.76 | 33,265.00 | 11,219.41 | 4,089.96 |
| 001 | AMERICREDIT | 0.00 | 45.48 | 0.00 | 0.00 |
| 003 | GE CONSUMER FINANCE | 3,996.90 | 3,996.90 | 0.00 | 0.00 |
| 004 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 6,015.33 | 6,015.33 | 0.00 | 0.00 |
| 006 | ASPIRE VISA | 2,592.58 | 2,592.58 | 0.00 | 0.00 |
| 007 | BENEFICIAL ILLINOIS INC | 1,327.83 | 1,327.83 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 10,160.64 | 10,160.64 | 0.00 | 0.00 |
| 009 | BENEFICIAL ILLINOIS INC | 1,031.05 | 1,031.05 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 2,221.21 | 2,221.21 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 3,226.29 | 3,226.29 | 0.00 | 0.00 |
| 012 | CGH | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CGH | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CGH | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CGH | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | H & R ACCOUNTS | 1,494.28 | 1,494.28 | 0.00 | 0.00 |
| 019 | DR. HARRISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | DR. MATTHEW | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CHARMING SHOPPES | 535.38 | 535.38 | 0.00 | 0.00 |
| 022 | RRHI | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | RRHI | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | RRCA ACCOUNTS MANAGEMENT INC | 344.57 | 344.57 | 0.00 | 0.00 |
| 025 | STERLING ROCK FALLS CLINIC | 2,270.34 | 2,270.34 | 0.00 | 0.00 |
| 026 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | AFNI/VERIZON | 724.69 | 724.69 | 0.00 | 0.00 |
| 028 | LVNV FUNDING LLC | 3,410.72 | 3,410.72 | 0.00 | 0.00 |
| 029 | RRCA ACCOUNTS MANAGEMENT INC | 70.00 | 70.00 | 0.00 | 0.00 |
| 030 | AFNI/VERIZON | 81.44 | 81.44 | 0.00 | 0.00 |
|  | Total Unsecured | 39,503.25 | 39,548.73 | 0.00 | 0.00 |
|  | Grand Total: | 77,220.01 | 75,313.73 | 14,191.41 | 4,089.96 |

Total Paid Claimant:     $18,281.37
Trustee Allowance:       $1,257.63         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00          discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                   Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/29/2008                    By  /s/Heather M. Fagan